UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK McCANN, et al., | No. 2:18-cv-01820 MCE CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| U.S. Department of Housing and Urban Development, et al., | |
| Defendants. | |

Plaintiff Rick McCann, proceeding pro se, commenced this action on June 25, 2018. (ECF No. 1.) While there are several other named plaintiffs, including the Washoe Paiute Tribe of Antelope Valley, only McCann signed the complaint. (ECF No. 1 at 5.)

Plaintiff McCann ("Plaintiff") has filed an in forma pauperis affidavit in which he states that his monthly take home pay is $1,600. (ECF No. 2.) In response to a question on the form seeking the names of "all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support," plaintiff has listed five individuals identified as co-plaintiffs in the complaint and "Washoe Pauite of Antelope Valley," with no additional information. (Id. at 2.)

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an

action "without prepayment of fees and costs or security therefor," by a person who makes affidavit that he is unable to pay such costs or give security therefor. 28 U.S.C. § 1915(a). Only a natural person, not an organization, may proceed in forma pauperis pursuant to § 1915(a). California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991). Moreover, corporations and other unincorporated associations must appear in court through an attorney. In re America West Airlines, 40 F.3d 1058 (9th Cir. 1994).

Here, plaintiff McCann seeks to appear in forma pauperis on behalf of the Washoe Paiute Tribe of Antelope Valley. It is not clear whether he also seeks to represent multiple named plaintiffs who have not signed the complaint and for whom no contact information has been provided. See Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997) ("While a non-attorney may appear pro se on his own behalf, he has no authority to appear as an attorney for others than himself.") (internal quotations and citation omitted). In addition, the in forma pauperis application is incomplete, as it does not indicate plaintiff's relationship to the individuals who purportedly rely on him for support or how much he contributes to their support. For these reasons, plaintiff's application to proceed in forma pauperis will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days in which to submit the appropriate fees to the Clerk of the Court. Plaintiff is cautioned that failure to pay the filing and general administrative fees in the amount of $400 will result in a recommendation that the instant action be dismissed without prejudice.

Dated: August 8, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/ mccann1820.ifp.den