UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK McCANN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. Department of Housing and Urban Development, et al.,<br><br>    Defendants. | No. 2:18-cv-01820 MCE CKD (PS)<br><br>FINDINGS & RECOMMENDATIONS |

    On August 8, 2018, the undersigned denied plaintiff's application to proceed in forma pauperis and granted plaintiff fourteen days to submit the appropriate fees to the Clerk of the Court. Plaintiff was cautioned that failure to pay the filing and general administrative fees would result in a recommendation that this action be dismissed without prejudice. That period has passed, and plaintiff has not paid the fees or otherwise responded to the August 8, 2018 order.

    Accordingly, IT IS HEREBY RECOMMENDED that the above-entitled action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections

shall be served and filed within seven days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 28, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/ mccann1820.f&rs